STATE OF MAINE

KENNEBEC, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-05-214
SKS-KEN-2|14|06

CONCORD GENERAL MUTUAL
INSURANCE COMPANY,

Plaintiff

v.

MARK J. CASTELLANO,

Defendant

**DECISION ON MOTION
TO DISMISS**

This matter comes before the court on the defendant's motion to dismiss the complaint pursuant to M.R. Civ. P. 12(b)(2) for lack of jurisdiction over the person. [1] Finding no jurisdiction, the motion will be granted.

### Background

For purposes of the motion to dismiss, the court will consider all of the allegations in the complaint as true. This litigation arises out of a motor vehicle accident which occurred on May 1, 2003, in Fort Myers, Florida. Involved as drivers in that accident were one Theodore Carter, a Maine resident, and Mark Castellano, a Florida resident. As a result of the accident, Castellano filed suit in Florida against Carter seeking bodily injury damages. Also named as a defendant in the litigation was Concord General Mutual Insurance Company, as a potential source for payment of any judgment against Mr. Carter. There is no indication any where in the complaint that Mark Castellano has had any connection whatsoever with the State of Maine other than the fact that the driver of the other vehicle in the accident happened to be a Maine resident. There is no indication that Mr. Castellano has ever been in the State of Maine,

---

[1] The motion was mistakenly identified as being brought pursuant to Rule 12(b)(6).

entered into contracts in the State or with Maine residents, or has any minimal contacts with the State. Nor has the plaintiff in the wake of the motion to dismiss filed any motion to amend the complaint to include any minimal contacts that would provide personal jurisdiction.

Maine has a liberal Long Arm Statute (14 M.R.S.A. § 704-A) which allows finding of personal jurisdiction in virtually any situation that honors constitutional Due Process. However, even under the most expansive statement of jurisdiction, there can be no finding of personal jurisdiction over Mr. Castellano in this case and continued litigation in Maine would violate his due process.

The entry will be:

Motion GRANTED and complaint ORDERED DISMISSED.

Dated: February 14, 2006

S. Kirk Studstrup
Justice, Superior Court

Attorney for: CONCORD GENERAL MUTUAL INSURANCE COMPANY
TAYLOR DOUGLAS FAWNS  - RETAINED 08/30/2005
OFFICE OF WILLIAM J KELLEHER
7 EAST CRESCENT STREET
AUGUSTA ME 04330

**DOCKET RECORD**

vs
MARK J CASTELLANO  - DEFENDANT
,
Attorney for: MARK J CASTELLANO
JAMES FORTIN  - RETAINED
DOUGLAS DENHAM BUCCINA & ERNST
103 EXCHANGE ST
PO BOX 7108
PORTLAND ME 04112

Filing Document: COMPLAINT                    Minor Case Type: DECLARATORY JUDGMENT
Filing Date: 08/30/2005

## Docket Events:

08/31/2005 FILING DOCUMENT - COMPLAINT FILED ON 08/30/2005

08/31/2005 Party(s):  CONCORD GENERAL MUTUAL INSURANCE COMPANY
           ATTORNEY - RETAINED ENTERED ON 08/30/2005
           Plaintiff's Attorney: TAYLOR DOUGLAS FAWNS

08/31/2005 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 08/31/2005

09/28/2005 Party(s):  CONCORD GENERAL MUTUAL INSURANCE COMPANY
           SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 09/28/2005
           Plaintiff's Attorney:  TAYLOR DOUGLAS FAWNS

09/28/2005 Party(s):  CONCORD GENERAL MUTUAL INSURANCE COMPANY
           SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 09/15/2005

09/30/2005 Party(s):  MARK J CASTELLANO
           OTHER FILING - ENTRY OF APPEARANCE FILED ON 09/30/2005
           Defendant's Attorney: JAMES FORTIN

09/30/2005 Party(s):  MARK J CASTELLANO
           ATTORNEY - RETAINED ENTERED ON 09/30/2005
           Defendant's Attorney: JAMES FORTIN

09/30/2005 Party(s):  MARK J CASTELLANO
           RESPONSIVE PLEADING - ANSWER FILED ON 09/30/2005
           Defendant's Attorney: JAMES FORTIN

10/06/2005 ORDER - SCHEDULING ORDER ENTERED ON 09/30/2005
           S KIRK STUDSTRUP , JUSTICE
           ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
           PARTIES/COUNSEL